**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

David Kreuziger
N7407 Edgewater Dr.
Beaver Dam, WI 53916

(Full Name of Plaintiff or Plaintiffs)

vs

Chief Legal Counsel
Great Lakes Higher
P.O. Box 7860
Madison, WI 53707

(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 OCT 18 P 2: 54

JON W. SANFILIPPO
CLERK

13-C-1178

Case No. _____
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES    ☒ NO

B. Have you begun other lawsuits in state or federal court?
☐ YES    ☒ NO  D.K.

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

Revised 05/2013

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) David Kreuziger

B. Your Address and Phone Number N7407 Edgewater Dr. Beaver Dam, WI 53916 - 920-763-2230
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) Chief, Legal-Counsel

D. Defendants address Great Lakes Higher Education P.O. Box 7860 - Madison, WI 53707-7860

E. Additional DEFENDANTS (names and addresses) (NA)

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Revised 05/2013

Begin statement of claim:

1) Mr. Kreuziger, David has been communicating with Great Lakes Higher Education, by email and the President of Great Lakes and the employees working for Great Lakes have not responded back to his emails and not provided a service to Mr. Kreuziger. I have emails months old not responded by Great Lakes.

2) Mr. Kreuziger David has been communicating by email from starting 5-10-2013 to the present with Great Lakes Higher Education.

3) Mr. Kreuziger David has emailed Great Lakes Higher Education more then three times requesting the status of his Student Loan Forgiveness applications applications and the president and employees refuse to respond to his emails and provide service. Emails sent to President. Emails Months Old.

4) The company refuses to respond to emails sent over three times requesting to take take Loans out of

**STATEMENT OF CLAIM**-Continued

Forebearance, refuses to answer emails and honor request take loan out of forebearance and provide a service.

(5) The company has violated the Fair Federal Debt Collection Act, and refuses to respond to emails, mailings to provide a service, and provide verification of a debt within 30 days and has violated the act so the account must be cleared with a $0.00 balance.

(6) I have email Documentation to proof all the actions 1-5, and will provide the court the emails if needed.

(7) The company has violated the
- Federal Fair Debt Collection Act
- Fair Credit Billing Act
- Fair Credit Reporting Act
- Fair Debt Collection Act

(8) Failed to provide verification within 30 days of debt.

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

- Court settlement in Money. $
or Court Trial to settle disputes.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _October_ day of _3rd_ _2013_.

_David Krenzige_
_David Krenzl_

(Signature of Plaintiff(s))

Revised 05/2013